**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| LUIS ALFREDO DELGADO RAMIREZ | CIVIL ACTION NO. 26-1710 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MELLISSA HARPER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, with no objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus filed by petitioner, Luis Alfredo Delgado Ramirez, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE